# EXHIBIT 1

*No. 1958184-v.1*

Privileged and Confidential - Attorney/Client Work Product

DRAFT

**JUST FOR FEET, INC.**
Distribution Checks Returned or Not Cleared

| CLAIM NUMBER | CREDITOR | ADDRESS | CLAIM AMOUNT | CHECK AMOUNT | CHECK NUMBER | NOTE |
|---|---|---|---|---|---|---|
| **CHECKS RETURNED** | | | | | | |
| ADM44 | FOSHEE & TURNER, A LEGALINK COMPANY | C/O MERRILL LEGAL SOLUTIONS, ATTN: RICK MULLEN, 2100 3RD AVE N STE 960, BIRMINGHAM, AL 35203 | $51,509.79 | $530.40 | 21009 | |
| 173 | INTERNATIONAL TOTAL SERVICES, INC. | 5005 ROCKSIDE ROAD, SUITE 1200, INDEPENDENCE, OH 44131 | $13,255.71 | $320.78 | 21068 | 2/ |
| 402 | X CEL MECHANICAL INC. | C/O SECRETARY OF STATE, 2300 N LINCOLN BLVD, STE 101, OKLAHOMA CITY, OK 73105-4897 | $82.50 | $19.73 | 21146 | 3/ |
| 403 | X CEL MECHANICAL INC. | C/O SECRETARY OF STATE, 2300 N LINCOLN BLVD, STE 101, OKLAHOMA CITY, OK 73105-4897 | $649.48 | $155.36 | 21147 | 3/ |
| 512 | STEPHEN C. WYCHE | DO IT FOR YOU LAWN SERVICE, INC, 3570 BUFORD HWY STE 104, DULUTH, GA 30096-3700 | $980.00 | $116.82 | 21201 | 3/ |
| 760 | FLEMING ENTERPRISES | 2735 PULASKI HIGHWAY, COLUMBIA, TN 38401 | $175.00 | $41.86 | 21300 | 3/, 5/ |
| 914 | IMPLUS CORPORATION AKA DENERGY INC. | C/O CT CORPORATION, REGISTERED AGENT, 150 FAYETTEVILLE ST., BOX 1011, RALEIGH, NC 27601 | $268,021.04 | $6,486.06 | 21352 | |
| 927 | CITY OF DAYTONA BEACH | ATTN: MARIE HARTMAN, CITY ATTY, 301 SOUTH RIDGEWOOD AVE., DAYTONA BEACH, FL 32114 | $4,390.00 | $106.24 | 21357 | 5/ |
| 928 | STEPHANIE L. MOORE | 3612 VALLEY ST., CARLSBAD, CA 92008 | $2,044.08 | $488.94 | 21358 | 3/ |
| 941 | RIPZONE USA INC. | DANIEL WERREMEYER, 29 POLHEMUS DRIVE, BELLE MEAD, NJ 08502 | $5,631.72 | $1,347.11 | 21365 | 3/ |
| 948 | GREER, MS. LINDA | 900 FOX MOUNTAIN TRL, BIRMINGHAM, AL 35215-5112 | $45.00 | $5.36 | 21369 | |
| 971 | MIDDLESEX WATER CO | 1500 RONSON ROAD, ISELIN, NJ 08830 | $106.36 | $12.68 | 21377 | 3/ |
| 1006 | MCNEIL REAL ESTATE FUND XXVI L.P. | MARY F. CALOWAY, ESQ., BUCHANAN INGERSOLL & ROONEY, 1000 N WEST ST. # 1410, WILMINGTON, DE 19801 | $80,240.10 | $1,941.80 | 21392 | |
| 1151 | FOUR SEASONS MECHANICAL INC. | 2010 CABOT BLVD, LANGHORNE, PA 19047 | $2,136.42 | $51.70 | 21466 | 2/ |
| 1190 | OMEGA NEWS AND ADVERTISING | ATTN: JOHN BROWN, REG. AGENT, 6070 GATEWAY BLVD EAST, SUITE 502, EL PASO, TX 79905-2031 | $315.00 | $75.35 | 21487 | 3/ |
| 1382 | PRESS SOUTH INC. | C/O NICKOLAS S. MARINO, 3 OFFICE PARK CIRCLE, SUITE 320, BIRMINGHAM, AL 35223 | $8,779.17 | $2,099.98 | 21580 | 3/ |
| 1429 | FLEXTEMPS EMPLOYMENT | C/O STEVEN D. ZINK, 5227 S DORT HWY, FLINT, MI 48507 | $2,345.00 | $560.92 | 21606 | 3/ |
| 1467 | SOUTHSIDE TELEPHONE | 8522 192ND ST., MOKENA, IL 60448 | $336.55 | $48.53 | 21628 | 2/, 3/ |
| 1517 | JB CLARK BUILDING CO. | 181 WEST VALLEY AVE., SUITE 104, BIRMINGHAM, AL 35209 | $400.00 | $95.68 | 21649 | 3/ |
| 1532 | ALLSTATE SECURITY OF FLORIDA | 8600 NW 53RD TERRACE, SUITE 121, MIAMI, FL 33166 | $1,413.13 | $168.44 | 21655 | 3/ |
| BSI16 | G.I. APPAREL | 2211 ALLENWOOD RD, BELMAR, NJ 07719 | $6,446.00 | $929.51 | 21752 | 3/ |
| BSI17 | OKLAHOMA NATURAL GAS COMPANY | PO BOX 219296, KANSAS CITY, MO 64121-9296 | $578.22 | $138.31 | 21753 | 3/, 5/ |
| BSI133 | IMPERIAL SANITATION SERVICES, INC. | C/O REPUBLIC SERVICES, INC., 110 SE SIXTH STREET, SUITE 2800, FORT LAUDERDALE, FL 33301 | $896.25 | $106.83 | 21785 | 3/ |
| BSI161 | CITY OF GLENDALE WATER UTILITY | 5909 N. MILWAUKEE RIVER PARKWAY, MILWAUKEE, WI 53209-3815 | $409.67 | $9.91 | 21797 | 5/ |
| BSI220 | WESTFIELD ASSOCIATES, INC. | DBA: ALTERNATIVE TRANSPORT SVC., 5665 NW WAGON WAY, STE C, HILLSBORO, OR 97124 | $3,200.00 | $77.44 | 21822 | 2/ |
| PREF25 | AVIA | 101 ENTERPRISE, SUITE 200, ALISO VIEJO, CA 92656 | $30,000.00 | $725.99 | 21852 | 2/ |
| PREF241 | SUPPLY XPRESS | C/O VITAL MERCHANT SERVICES INC., 1534 NORTH MARKET BLVD., SACRAMENTO, CA 95834 | $5,185.37 | $747.73 | 21923 | 2/, 3/ |
| | SUBTOTAL | | $489,571.56 | $17,409.46 | 27 | |

Privileged and Confidential - Attorney/Client Work Product

DRAFT

**JUST FOR FEET, INC.**
Distribution Checks Returned or Not Cleared

| CLAIM NUMBER | CREDITOR | ADDRESS | CLAIM AMOUNT | CHECK AMOUNT | CHECK NUMBER | NOTE |
|---|---|---|---|---|---|---|
| **CHECKS NOT CASHED (ONE OR MORE DISTRIBUTIONS)** | | | | | | |
| 110 | BELL ATLANTIC | C/O VERIZON WIRELESS BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304 | $3,871.35 | $93.68 | 21046 | 1/ |
| 114 | BELL ATLANTIC | C/O VERIZON WIRELESS BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304 | $2,746.37 | $66.46 | 21047 | 1/ |
| 126 | SWEPCO DEBTOR | PO BOX 201, GO-2C, TULSA, OK 74102 | $5,354.39 | $129.57 | 21051 | 4/ |
| 146 | PUERTO RICO ELECTRIC POWER AUTHORITY | C/O PATRICIA GUIJARRO ALFONSO, PO BOX 363928, SAN JUAN, PR 00936-3928 | $3,374.82 | $81.67 | 21055 | 4/ |
| 162 | ROTO ROOTER PLUMBERS | C/O ROTO-ROOTER GROUP, INC., 2500 CHEMED CENTER, 255 EAST FIFTH STREET, CINCINNATI, OH 45202-4726 | $812.74 | $19.67 | 21063 | 4/ |
| 168 | NEW YORK POST | C/O NEWS CORPORATION, ATTN: CREDIT MANAGER, 1211 AVE. OF THE AMERICAS, NEW YORK, NY 10036 | $9,279.40 | $1,106.10 | 21066 | 3/, 4/ |
| 196 | MANPOWER INTERNATIONAL INC. | 100 MANPOWER PL., MILWAUKEE, WI 53212-4030 | $294.00 | $7.11 | 21081 | 4/ |
| 263 | SOUTHWESTERN BELL | C/O MICHELLE DOBBS-CAREY, MANAGER-QUALITY/M&P PROCESS, 15100 FAA BOULEVARD, 2ND FLOOR, FORT WORTH, TX 76155 | $6,242.15 | $151.06 | 21099 | 4/ |
| 299 | FUELMAN | C/O MCPHERSON OIL COMPANY, 5051 CARDINAL STREET, TRUSSVILLE, AL 35173 | $281.30 | $6.81 | 21114 | 4/ |
| 394 | CRYSTAL GLASS AND MIRROR, INC. | ATTN: MICHELLE SEPAN, 1417 CAPITAL AVENUE, PLANO, TX 75074 | $757.57 | $90.30 | 21144 | 3/, 4/ |
| 411 | E.R. AIR CONDITIONING INC. | 14221 SW 92ND AVE, MIAMI, FL 33176-7121 | $1,205.07 | $288.25 | 21152 | 3/, 4/ |
| 422 | PROPANE POWER CORPORATION | ATTN: KRIS CIUFO, CONTINENTAL PLAZA II, 411 HACKENSACK AVENUE, HACKENSACK, NJ 07601 | $537.89 | $13.01 | 21158 | 4/ |
| 424 | AVERY DENNISON | 150 NORTH ORANGE GROVE BLVD, PASADENA, CA 91103-3596 | $984.63 | $141.98 | 21159 | 3/, 4/ |
| 447 | HEADMASTER/CHAVIN HE | 3310 S FARIVIEW ST, SANTA ANA, CA 92704 | $17,688.00 | $428.05 | 21166 | 4/ |
| 561 | DUKE ENERGY CORPORATION | LEGAL DEPARTMENT PB05E, PO BOX 1244, CHARLOTTE, NC 28201-1244 | $588.13 | $14.23 | 21218 | 4/ |
| 587 | MODERN HYGIENE SYSTEM | C/O WILLIAM JONES, REGISTERED AGENT, P.O. BOX 738, HENDERSONVILLE, TN 37077-0738 | $859.55 | $20.79 | 21232 | 4/ |
| 613 | ARGUS SECURITY SYSTEM INC | 314 ASH AVE, MC ALLEN, TX 78501 | $562.62 | $67.07 | 21242 | 3/, 4/ |
| 616 | DAILY RECORD, THE | 800 JEFFERSON RD, PARSIPPANY, NJ 07054 | $18,458.02 | $446.69 | 21244 | 4/ |
| 698 | TRANSPORT INTERNATIONAL POOL INC. | D/B/A GE EQUIPMENT SERVICES, TRAILER FLEET SERVICES AND MODULAR SPACE, 530 EAST SWEDESFORD ROAD, WAYNE, PA 19087 | $1,010.27 | $24.45 | 21282 | 4/ |
| 734 | GEORGIA POWER COMPANY | PO BOX 105537, BIN 50325 / H VINCENT, ATLANTA, GA 30348 | $2,865.95 | $413.26 | 21292 | 3/, 4/ |
| 745 | DUKE ENERGY CORPORATION | LEGAL DEPARTMENT PB05E, PO BOX 1244, CHARLOTTE, NC 28201-1244 | $3,301.82 | $79.90 | 21296 | 4/ |
| 792 | BLOUNT LOCK AND KEY | 1080 GRAHAM DR, BIRMINGHAM, AL 35214-4020 | $183.50 | $43.89 | 21315 | 3/, 4/ |
| 834 | BELL ATLANTIC | BANKRUPTCY DEPARTMENT, 210 WEST 18TH STREET, 15TH FLOOR, NEW YORK, NY 10011 | $320.54 | $7.76 | 21317 | 4/ |
| 840 | BELL ATLANTIC | C/O VERIZON WIRELESS BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DRIVE, SUITE 550, WELDON SPRING, MO 63304 | $491.07 | $11.88 | 21320 | 1/ |
| 852 | VIDEO TRAINING INC. | 3213 W. WHEELER STREET, SEATTLE, WA 98199-3245 | $600.00 | $71.52 | 21325 | 3/, 4/ |
| 861 | INTERNATIONAL DEVELOPMENT SYSTEMS INC. | 1140 CONN AVENUE NW #950, WASHINGTON, DC 20036-4031 | $220.34 | $26.27 | 21329 | 3/, 4/ |
| 862 | LONE STAR GAS COMPANY | C/O TERI STEWART MACE, P.O. BOX 650393, DALLAS, TX 75265 | $289.99 | $41.82 | 21330 | 3/, 4/ |

Privileged and Confidential - Attorney/Client Work Product

DRAFT

**JUST FOR FEET, INC.**
Distribution Checks Returned or Not Cleared

| CLAIM NUMBER | CREDITOR | ADDRESS | CLAIM AMOUNT | CHECK AMOUNT | CHECK NUMBER | NOTE |
|---|---|---|---|---|---|---|
| 906 | DTS ELECTRICAL CONSTRUCTION INC. | JOHN F. MCGINLEY, JR., 627 S. WASHINGTON ST., ALEXANDRIA, VA 22314 | $934.00 | $22.60 | 21348 | 4/ |
| 935 | TBS FUNDING CORP. | TURNER BROADCASTING SYSTEM INC., ATTN: CARRIE HOLLAND, 14TH FLOOR, ONE CNN CENTER, ATLANTA, GA 30303 | $19,380.00 | $468.99 | 21361 | 4/ |
| 942 | FIRST UNION NATIONAL BANK | CENTRAL RECOVERY DEPARTMENT, 1432 APPERSON DRIVE, SALEM, VA 24153 | $1,309.82 | $31.70 | 21366 | 1/ |
| 1017 | PERNA SEPTIC SERVICE | 60 SCHOOLHOUSE RD., SOUDERTON PA, 18964 | $874.00 | $21.15 | 21395 | 4/ |
| 1034 | AMERITECH-BANKRUPTCY | C/O MICHELLE DOBBS-CAREY, MANAGER-QUALITY/M&P PROCESS, 15100 FAA BOULEVARD, 2ND FLOOR, FORT WORTH, TX 76155 | $15,856.45 | $383.73 | 21406 | 4/ |
| 1075 | COUNTRY INNS AND SUITES | 17007 ABERCORN ST, SAVANNAH, GA 31419 | $2,700.94 | $65.36 | 21426 | 4/ |
| 1079 | ROTO ROOTER YPSILANTI | C/O ROTO-ROOTER GROUP, INC., 2500 CHEMED CENTER, 255 EAST FIFTH STREET, CINCINNATI, OH 45202-4726 | $241.00 | $57.65 | 21427 | 3/, 4/ |
| 1094 | CITY OF NORFOLK | 3661 E VIRGINIA BEACH BLV, NORFOLK, VA 23502 | $90.00 | $21.53 | 21430 | 3/, 4/ |
| 1130 | EL PASO ELECTRIC COMPANY | 123 W. MILLS ST., EL PASO, TX 79901 | $3,558.47 | $86.12 | 21452 | 4/ |
| 1186 | ELECTRICAL CONTRACTING SERVICES CO. | MICHAEL D. HEPNER, REGISTERED AGENT, J.W. WEAVER & ASSOC. - THE CARRARA BLDG., 6200 S. SYRACUSE WAY, SUITE 125, GREENWOOD VILLAGE, CO 80111-4745 | $3,104.86 | $370.10 | 21484 | 3/, 4/ |
| 1189 | CLEAN STREAK PRESSUR | 2718 HOUSTON DR SOUTH, LA MARQUE, TX 77568 | $1,800.00 | $430.56 | 21486 | 3/, 4/ |
| 1234 | GUARDIAN ACADEMY FIRE PROTECTION | 58-29 MASPETH AVE, MASPETH, NY 11378 | $566.96 | $13.72 | 21510 | 4/ |
| 1342 | VERNACI LANDSCAPING | 16 GOLDEN VALLEY DR, NORTH BRUNSWICK, NJ 08902-4845 | $2,323.16 | $56.22 | 21559 | 4/ |
| 1345 | LAKE COUNTY TRUST COMPANY / L&H REAL ESTATE | DLA PIPER LLP, ATTN: TIMOTHY W. BRINK, ESQ., 203 N. LASALLE STREET, SUITE 1900, CHICAGO, IL 60601-1293 | $99,763.91 | $11,891.84 | 21561 | 3/, 4/ |
| 1368 | DUQUESNE LIGHT COMPANY | C/O MARK S. PALMER, P.C., P.O. BOX 2045, PITTSBURGH, PA 15230-2045 | $3,849.28 | $93.16 | 21574 | 4/ |
| 1396 | PRO STAFF | 10148 W EMERALD ST # 100, BOISE, ID 83704-0677 | $20,888.37 | $505.49 | 21588 | 4/ |
| 1417 | JOS THUSTON AND SONS | C/O ROBERT THUSTON, 4621 ROUND FOREST DR, BIRMINGHAM, AL 35213-1831 | $536.54 | $77.37 | 21599 | 3/, 4/ |
| 1418 | JUST WINDOWS | 1126 N QUAPAH AVE, OKLAHOMA CITY, OK 73107 | $1,336.00 | $32.33 | 21600 | 1/ |
| 1421 | TENNESSEAN | 1100 BROADWAY, NASHVILLE, TN 37203 | $37,726.00 | $912.96 | 21603 | 4/ |
| 1459 | GIDI HOLDINGS DBA GRAND ILLUSIONS | DBA GRAND ILLUSIONS, MARTIN P MARTA, 2015 N. NORTHUMBERLAND PASS, PALATINE, IL 60074-1097 | $13,980.60 | $3,344.16 | 21624 | 3/, 4/ |
| 1477 | WILLIAMS, ROY | APT. 109-20, 10455 CENTRAL, DALLAS, TX 75321 | $450.00 | $10.89 | 21635 | 4/ |
| 1492 | KANNERS & PATRIZE CO, | F/K/A KANNERS & PATRIZE CO., 4444 2ND AVE, DETROIT, MI 48201 | $8,082.00 | $195.58 | 21641 | 1/ |
| 1505 | EXTINGUISHER SERVICE | 5085 PEACHTREE RD, ATLANTA, GA 30341 | $828.12 | $20.05 | 21645 | 1/ |
| 1539 | PUERTO RICO ELECTRIC POWER AUTHORITY | C/O PATRICIA GUIJARRO ALFONSO, PO BOX 363928, SAN JUAN, PR 00936-3928 | $3,611.74 | $87.40 | 21659 | 4/ |
| 1550 | ARV CONCRETE | 2035 PECH RD, STE E, HOUSTON, TX 77055 | $531.00 | $127.02 | 21661 | 3/, 4/ |
| 1566 | TREASURER CHESTERFIELD COUNTY | ATTN: LAURA GLOVIER, P.O. BOX 70, CHESTERFIELD VA 23832 | $36.67 | $8.77 | 21666 | 3/, 4/ |
| 1570 | PRIME HOSPITALITY CORP. D/B/A HOLIDAY INN SECAUCUS | C/O HYATT HOTELS CORPORATION, 71 S. WACKER DR, CHICAGO, IL 60606 | $504.56 | $72.76 | 21668 | 3/, 4/ |
| 1571 | PRIME HOSPITALITY CORP. - MIAMI | C/O HYATT HOTELS CORPORATION, 71 S. WACKER DR, CHICAGO, IL 60606 | $1,710.00 | $246.58 | 21669 | 3/, 4/ |
| 1572 | PRIME HOSPITALITY CORP. - TULSA | C/O HYATT HOTELS CORPORATION, 71 S. WACKER DR, CHICAGO, IL 60606 | $776.16 | $111.92 | 21670 | 3/, 4/ |
| 1576 | PRIME HOSPITALITY CORP. - ATLANTA | C/O HYATT HOTELS CORPORATION, 71 S. WACKER DR, CHICAGO, IL 60606 | $1,385.54 | $199.79 | 21671 | 3/, 4/ |

Privileged and Confidential - Attorney/Client Work Product                                                                                                                                                                DRAFT

**JUST FOR FEET, INC.**
Distribution Checks Returned or Not Cleared

| CLAIM NUMBER | CREDITOR | ADDRESS | CLAIM AMOUNT | CHECK AMOUNT | CHECK NUMBER | NOTE |
|---|---|---|---|---|---|---|
| 1577 | PRIME HOSPITALITY CORP. | C/O HYATT HOTELS CORPORATION, 71 S. WACKER DR, CHICAGO, IL 60606 | $889.11 | $21.51 | 21672 | 4/ |
| 1621 | PRIME HOSPITALITY CORPORATION | C/O HYATT HOTELS CORPORATION, 71 S. WACKER DR, CHICAGO, IL 60606 | $512.99 | $122.71 | 21682 | 3/, 4/ |
| 1654 | CT CORP. SYSTEM | ATTN: BANKRUPTCY, 111 EIGHTH AVE, NEW YORK, NY 10011 | $5,684.75 | $137.57 | 21689 | 4/ |
| 1718 | LAREDO MORNING TIMES | BRIDGETTE FITZPATRICK, ESQUIRE, THE HEARST CORPORATION, 959 EIGHTH AVE, NEW YORK, NY 10019 | $5,000.00 | $121.00 | 21711 | 4/ |
| 1722 | THE DIAMOND GROUP, INC. | C/O CHRISTOPHER D. LOIZIDES, 1200 PENNSYLVANIA AVE., SUITE 202A, WILMINGTON, DE 19806 | $3,000.00 | $432.60 | 21714 | 3/, 4/ |
| 1735 | HEARST NEWSPAPERS PARTNERSHIP T/A SAN ANTONIO EXPRESS NEWS | BRIDGETTE FITZPATRICK, ESQ., THE HEARST CORPORATION, 959 EIGHTH AVENUE, SUITE 300, NEW YORK, NY 10019 | $5,000.00 | $121.00 | 21720 | 4/ |
| 1743 | THE HEARST CORPORATION, T/A HOUSTON CHRONICLE | BRIDGETTE FITZPATRICK, OFFICE OF THE GENERAL COUNSEL, 959 EIGHTH AVE., SUITE 300, NEW YORK, NY 10019 | $20,000.00 | $484.00 | 21726 | 4/ |
| BSI5 | BURRELLES-LUCE | BURRELLES-LUCE, 75 EAST NORTHFIELD ROAD, LIVINGSTON, NJ 07039 | $100.08 | $11.93 | 21748 | 3/, 4/ |
| BSI18 | PRO STAFF | 10148 W EMERALD ST # 100, BOISE, ID 83704-0677 | $10,026.83 | $242.65 | 21754 | 4/ |
| BSI43 | EVESHAM LOCK AND SAFE CO., INC. | 12 N. MAPLE AVE., MARLTON, NJ 08053 | $219.21 | $5.30 | 21760 | 4/ |
| BSI50 | BEST WAY DISPOSAL, INC. | 2314 MILLER ROAD, KALAMAZOO, MI 49001 | $21.06 | $5.04 | 21761 | 3/, 4/ |
| BSI143 | CT CORPORATION SYSTEMS | ATTN: BANKRUPTCY, 111 EIGHTH AVE, NEW YORK, NY 10011 | $3,671.43 | $88.85 | 21792 | 4/ |
| BSI162 | CITY OF COLUMBIA WATER CUSTOMER SERVICE | P.O. BOX 7997, COLUMBIA, SC 29202 | $408.26 | $9.89 | 21798 | 4/ |
| BSI169 | EMBROIDERSOMETHING | 4344 - FOUR MILE N.E., GRAND RAPIDS, MI 49525 | $1,735.28 | $42.00 | 21800 | 4/ |
| BSI190 | SONORAN DESERT INVESTIGATIONS, INC | C/O ANTHONY MASON, TRUSTEE, P.O. BOX 4427, PHOENIX, AZ 85030-4427 | $17,366.50 | $420.26 | 21808 | 4/ |
| BSI265 | BELL ATLANTIC-VIRGINIA | VERIZON BANKRUPTCY ADMIN., 404 BROCK DRIVE, BLOOMINGTON, IL 61701 | $8,559.09 | $207.13 | 21831 | 4/ |
| PREF75 | CUSTOMIZED CONSTRUCTION | F/K/A CUSTOMIZED CONSTRUCTION, 3100 CENTERVILLE ROSEBUD RD, SNELLVILLE, GA 30039 | $3,000.00 | $72.60 | 21865 | 4/ |
| PREF154 | LIBERTY MUTUAL INSURANCE | MUNSCH HARDT KOPF & HARR, PC, ATTN: JAY ONG, ONE AMERICAN CENTER, 600 CONGRESS AVENUE, SUITE 2900, AUSTIN, TEXAS 78701-3057 | $4,500.00 | $108.90 | 21888 | 4/ |
| PREF177 | MPO VIDEOTRONICS | ATTN: ACCTS. RECEIVABLE, 5069 MAUREEN LANE - UNIT A, MOORPARK, CA 93021 | $15,000.00 | $1,788.00 | 21900 | 3/, 4/ |
| PREF274 | HARTFORD FIRE INSURANCE COMPANY | HARTFORD PLAZA, 690 ASYLUM AVENUE, HARTFORD, CT 06115 | $7,500.00 | $181.50 | 21932 | 4/ |
| | SUBTOTAL | | $444,112.22 | $28,485.19 | 77 | |
| | TOTAL | | $933,683.78 | $45,894.65 | 104 | |

Notes:
1/ Returned undeliverable; re-sent to new address - stale dated.
2/ Returned undeliverable; researched new address and returned again.
3/ Returned undeliverable - voided; not cashed on one or both of the previous distributions.
4/ Not returned; stale dated.
5/ Refused by creditor and returned.