THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-04110 |
| Just For Feet, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Implus Corporation, claimant, claimant, hereby petitions the Court for $6,486.06, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Implus Corporation aka Denergy Inc., creditor. A dividend check in the amount totaling $6,486.06 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to an Implus Corporation aka Denergy Inc. at: 150 Fayetteville St., Box 1011, Raleigh, NC 27601. That address is no longer valid. The current address is listed below.

The creditor's current mailing address, phone and social security/tax identification number are:

Implus Corporation
John H. Hall, Jr. Vice President & General Counsel
2001 T.W. Alexander Drive
Durham, NC 27709-3925
Last four digits of SSN/TIN: xx-xxx5964

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $6,486.06 made payable to Implus Corporation c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: October 8, 2014           Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Implus Corporation
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728

On 10/8/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Just For Feet, Inc.                    )       Case: 99-04110
                                           )
                                           )       **AUTHORITY TO ACT**
                                           )       **Limited Power of Attorney**
                                           )       **Limited to one Transaction**
            Debtor(s)                      )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Implus Corporation** with a tax identification number of 26 - 2495964, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$6,486.06** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____          October 6, 2014
John H. Hall, Jr. - Vice President & General Counsel         Date

**ACKNOWLEDGMENT**

STATE OF NORTH CAROLINA)

COUNTY OF DURHAM)

On this 6th day of October, 2014, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) John H. Hall, Jr. known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC  Sandra B. Lyons

Residing at 305 Breckenwood Drive, Cary, NC 27513

My Commission expires 10/16/2018