UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                          | Bankruptcy Case 99-04110

Just For Feet, Inc.                            | Chapter 7

Debtor.

## CERTIFICATE OF NO OBJECTION

This is to confirm that as of <u>October 7, 2014</u> no objections have been filed regarding the Application for Payment of Unclaimed Funds. This Application was filed by Dilks & Knopik, LLC on behalf of Nickolas Marino as successor-in-interest to PressSouth, Inc. for the release of the unclaimed funds totaling $2,099.98.

It is requested that the Order to Pay Unclaimed Funds be granted.

Executed: October 7, 2014          By: _____
                                   Brian J. Dilks, Managing Member
                                   Dilks & Knopik, LLC
                                   Attorney-in-fact for
                                   Nickolas Marino as successor-in-interest to
                                   PressSouth, Inc.
                                   35308 SE Center St
                                   Snoqualmie, WA 98065-9216
                                   (425) 836-5728
                                   Tax ID: 74-3049851